# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN OLIVIERI

NO. 2024 KW 1165

**FEBRUARY 24, 2025**

---

In Re:    Steven Olivieri, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 603835-1.

---

**BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

   **WRIT DENIED AS MOOT.** The records of the Clerk of Court of St. Tammany Parish reflect that the trial court acted on relator's motion for production of documents on July 15, 2024. In the event relator elects to file a new application with this court seeking review of the ruling on his motion, he may do so without the necessity of obtaining a return date.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT